663 A.2d 1348

MYSTIC ISLE DEVELOPMENT CORPORATION, ET AL. v. PER-SKIE AND NEHMAD, ET AL. AND WEYMOUTH TOWN-SHIP MUNICIPAL UTILITIES AUTHORITY, ET AL.

January 11, 1995.

## ORDER

Leave to appeal is granted.

663 A.2d 1349

MYSTIC ISLE DEVELOPMENT CORPORATION, ET AL. v. PER-SKIE AND NEHMAD, ET AL. AND WEYMOUTH TOWN-SHIP MUNICIPAL UTILITIES AUTHORITY, ET AL.

January 11, 1995.

## ORDER

Leave to appeal is granted.

663 A.2d 1349

UTICA MUTUAL INSURANCE COMPANY v. MARAN & MARAN AND DWAYNE INGALA.

January 18, 1995.

## ORDER

Reconsideration is granted.